Decided December 30, 2003

## ROBERT E. MARTIN, JR. *v.* TOWN OF WESTPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 80 Conn. App. 901 (AC 23680), is denied.

*Ikechukwu Umeugo,* in support of the petition.

*Michael J. Rose* and *DeAnn K. Seymour,* in opposition.

Decided December 30, 2003